KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6816
    Facsimile: (415) 436-6748
    email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 1. $36,260 IN UNITED STATES CURRENCY, <br><br> 2. $10,891 IN UNITED STATES CURRENCY, AND <br><br> 3. $8,020 IN UNITED STATES CURRENCY, <br><br> Defendants. | No. C 04-2862 SI <br><br> STIPULATION AND [PROPOSED] ORDER SEEKING STAY OF ACTION |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimant David Warthen, through undersigned counsel, that this action be stayed pursuant to Title 18, United States Code, Section 981(g). The parties contend that this matter is directly related to a pending criminal investigation being conducted by the Internal Revenue Service, Criminal Investigations. The alleged investigation concerns the underlying criminal activity from which the allegations in the forfeiture complaint are based. Absent a stay, both parties contend that their right to discoverable information

in connection with this proceeding will be severely hampered. Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate. The parties thus request that matter be stayed pending resolution of the related criminal investigation. Accordingly, the parties request that the matter be set for further status in approximately 120 days.

DATED: 9/14/05.

STEPHANIE M. HINDS
Assistant United States Attorney

DATED: 9/14/2005

DOUGLAS SCHWARTZ
Attorney for Claimant David Warthen

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal investigation. The matter is continued until _____ for status.

A status conference will occur on January 20, 2006, at 2:30 p.m. A joint statment must be filed one week piror to the conference.

DATED.

SUSAN ILLSTON
United States District Judge

GRANTED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION RE STAY
AND [PROPOSED] ORDER
C 04-2862 SI

2

TOTAL P.04