KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6816
    Facsimile: (415) 436-6748
    email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 04-2862 SI |
|     Plaintiff, ) | |
| v. ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER** |
| 1.  $36,260 IN UNITED STATES ) | **SEEKING FURTHER STAY OF ACTION** |
|     CURRENCY, ) | |
| 2.  $16,891 IN UNITED STATES ) | |
|     CURRENCY, AND ) | |
| 3.  $8,020 IN UNITED STATES ) | |
|     CURRENCY, ) | |
|                  Defendants ) | |

      Plaintiff, United States of America, and Claimant David Warthen, hereby apply to the Court for an order for a further stay of the civil forfeiture proceedings, pursuant to Title 18, United States Code, Section 981(g), and a continuance of the case management conference currently scheduled for January 20, 2006. The parties contend that this matter is directly related to a pending criminal investigation being conducted by the Internal Revenue Service, Criminal Investigations. The investigation concerns the alleged underlying criminal activity from which

the allegations in the forfeiture complaint in large part are based. Absent a stay, both parties contend that their right to discoverable information in connection with this proceeding will be severely hampered. Consequently, the parties agree that a stay in the forfeiture proceedings is appropriate. The parties thus request that matter be stayed pending resolution of the related criminal investigation. Accordingly, the parties request that the matter be set for further status in approximately 120 days.

DATED: 01/18/06  DATED: 01/18/06

/S/
STEPHANIE M. HINDS
Assistant United States Attorney

/S/
DOUGLAS SCHWARTZ
Attorney for Claimant David Warthen

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal investigation. The matter is continued until 5/12/06 @ 2:30 p.m for status.

Dated:

SUSAN ILLSTON
United States District Judge

GRANTED
Judge Susan Illston

STIPULATION RE STAY AND PROPOSED ORDER
C 02-2862 SI