DOUGLAS R. SCHWARTZ (State Bar No. 98666)
PETRA M. REINECKE (State Bar No. 154482)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile: (415) 438-2655

Attorneys for Claimant
DAVID WARTHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C 04-2862 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SEEKING FURTHER STAY OF ACTION** |
| vs. | |
| 1. $36,260 IN UNITED STATES CURRENCY, | |
| 2. $16,891 IN UNITED STATES CURRENCY, AND | |
| 3. $8,020 IN UNITED STATES CURRENCY, | |
| Defendants. | |

Plaintiff, United States of America, and Claimant David Warthen, hereby applies to the Court for an order for a further stay of the civil forfeiture proceedings, pursuant to Title 18, United States Code, Section 981(g), and a continuance of the case management conference currently scheduled for May 12, 2006 at 2:30 p.m. The parties have agreed to engage in settlement discussions in an effort to see whether this case can be resolved. The parties seek a continuance of this Case Management Conference for 60 days during which time these discussions can ensue.

---

STIPULATION AND [PROPOSED] ORDER SEEKING FURTHER STAY OF ACTION
CASE NO. C 04-2862 SI

Additionally, the parties contend that this matter is directly related to a pending criminal investigation being conducted by the Internal Revenue Service, Criminal Investigations. The investigation concerns the alleged underlying criminal activity from which the allegations in the forfeiture complaint in large part are based. Absent a stay, both parties contend that their right to discoverable information in connection with this proceeding will be severely hampered. Consequently, the parties agree that a stay in the forfeiture proceedings is appropriate. The parties thus request that the matter be stayed pending resolution of the related criminal investigation. Accordingly, the parties request that the matter be set further for further status in 60 days.

DATED: May 10, 2006                           DATED: May 10, 2006

_____                     _____
DOUGLAS S. SCHWARTZ                           STEPHANIE M. HINDS
Attorney for Claimant David Warthen           Assistant United Sates Attorney

## ORDER

**IT IS HEREBY ORDERED:**

Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal investigation. The matter is continued until __7/7/06 @ 2:30 p.m._____, for status.

Dated: May _____, 2006

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

-2-

STIPULATION AND [PROPOSED] ORDER SEEKING FURTHER STAY OF ACTION
CASE NO. C 04-2862 SI